## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DYLAN DONALD TALLMAN

      Plaintiff,

                                JUDGMENT IN A CIVIL CASE

v.                                       17-cv-274-jdp

C.O. EXNER,

      Defendant.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/                                       4/3/2018

| | |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |